ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 9 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| PRITESH PATEL (01)<br>a/k/a "Tony Patel" | 4-16CR-267-A |

### INDICTMENT

The Grand Jury Charges:

Counts 1-12
Aiding in the Preparation of a False Tax Return
(Violation of 26 U.S.C. § 7206(2))

For each count listed below, on or about the date specified, in the Fort Worth Division of the Northern District of Texas, defendant **Pritesh Patel**, also known as Tony Patel, did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, and accompanying schedules, for the taxpayer and for the calendar tax year specified, that was false and fraudulent as to a material matter, in that, it represented the taxpayer was entitled under the Internal Revenue laws to claim deductions, education expenses, education credit, and a refund in the amounts specified, when, as the defendant knew, the taxpayer was not entitled to claim said deductions, expenses, credit, and refund in the amounts claimed:

| COUNT | DATE | TAXPAYER | CALENDAR TAX YEAR | FALSE STATEMENTS |
|---|---|---|---|---|
| 1 | February 2, 2010 | Ricardo C. | 2009 | False Education Expenses - $9,658 (Form 8863 Line 6)<br><br>False Education Credit – $1,932 (Line 49)<br><br>Refund Amount - $3,256 (Line 73a) |
| 2 | February 25, 2010 | Collins E. | 2009 | False Education Expenses - $10,659 (Form 8863 Line 6)<br><br>False Itemized Deductions (Schedule A)- $13,291 (Line 40a)<br><br>False Education Credit – $2,000 (Line 49)<br><br>Refund Amount - $1,717 (Line 73a) |
| 3 | February 12, 2010 | Renee F. | 2009 | False Education Expenses - $9,845 (Form 8863 Line 6)<br><br>False Education Credit – $1,969 (Line 49)<br><br>Refund Amount - $2,156 (Line 73a) |
| 4 | March 8, 2010 | Darrell G. | 2009 | False Education Expenses - $10,852 (Form 8863 Line 6)<br><br>False Education Credit – $2,000 (Line 49)<br><br>Refund Amount - $2,417 (Line 73a) |
| 5 | February 11, 2010 | Chris J. | 2009 | False Education Expenses - $9,875 (Form 8863 Line 6)<br><br>False Itemized Deductions (Schedule A)- $10,746 (Line 40a)<br><br>False Education Credit – $3,296 (Line 49)<br><br>Refund Amount - $8,978 (Line 73a) |
| 6 | February 22, 2010 | Patricia K. (Darlene W.) | 2009 | False Education Expenses - $9,875 (Form 8863 Line 6)<br><br>False Education Credit – $1,975 (Line 49)<br><br>Refund Amount - $1,297 (Line 73a) |
| 7 | February 15, 2010 | Gustavo P. | 2009 | False Education Expenses - $7,985 (Form 8863 Line 6)<br><br>False Education Credit – $1,597 (Line 49)<br><br>Refund Amount - $4,767 (Line 73a) |

| COUNT | DATE | TAXPAYER | CALENDAR TAX YEAR | FALSE STATEMENTS |
|---|---|---|---|---|
| 8 | April 26, 2010 | Aubrey P. (S.) | 2009 | False Education Expenses - $5,896 (Form 8863 Line 6)<br><br>False Education Credit – $1,179 (Line 49)<br><br>Refund Amount - $882 (Line 73a) |
| 9 | March 1, 2010 | Iris R. | 2009 | False Education Expenses - $4,000 (Form 8863 Line 1)<br><br>False Education Credit – $2,500 (Line 49)<br><br>Refund Amount - $9,302 (Line 73a) |
| 10 | March 1, 2010 | Marco S. | 2009 | False Education Expenses - $4,000 (Form 8863 Line 1)<br><br>False Education Credit – $2,500 (Line 49)<br><br>Refund Amount - $3,413 (Line 73a) |
| 11 | February 22, 2010 | Mark W. | 2009 | False Education Expenses - $7,845 (Form 8863 Line 6)<br><br>False Itemized Deductions (Schedule A)- $19,325 (Line 40a)<br><br>False Education Credit – $1,569 (Line 49)<br><br>Refund Amount - $842 (Line 73a) |
| 12 | April 12, 2010 | Darshan P. | 2009 | False Education Expenses - $9,865 (Form 8863 Line 6)<br><br>False Education Credit – $1,973 (Line 49)<br><br>Refund Amount - $3,327 (Line 73a) |

Each count being a violation of 26 U.S.C. § 7206(2).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5253
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

PRITESH PATEL (01)
a/k/a "Tony Patel"

INDICTMENT

26 U.S.C. § 7206(2)
Aiding in the Preparation of a False Tax Return
12 Counts

A true bill rendered

FOREPERSON

FORT WORTH

Filed in open court this 9th day of November, 2016.

**Summons to Issue**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending