# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:16-CR-267-A   DEFT NO.01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | MARK NICHOLS, AUSA |
| | § | |
| v. | § | |
| | § | PHILLIP C. UMPHRES, RETAINED |
| PRITESH PATEL | § | JOHN W. STICKELS, RETAINED |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: February 28, 2018
Hearing Type:   ☐ Sentencing Hearing - Contested   ✔ Sentencing Hearing - Non-Evidentiary
Time in Court: 37 mins.
Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
                ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
                ☐ Mistrial   ✔ Guilty Plea
Days in Trial: _____
Hearing Concluded: ✔ Yes  ☐ No

✔ .. Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 72 months.*See Below*
✔ .. Deft. placed on: Supervised Released for 1 year.*See Below*
✔ .. Restitution ordered in the amount of $6,011.
✔ .. Count(s)2,3,4,5,6,7,8,9,10,12 of the Indictment are dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $200.00 special assessment on Counts 1 and 11 of the Indictment.

☐ ..... Deft ordered to surrender to U.S. Marshal on _____.
☐ ..... Deft ordered to surrender to the designated institution on **March 23, 2018 at or before 2:00 p.m.**
☐ ..... Deft failed to appear, bench warrant to issue.
☐ ..... Bond ☐ continued ☐ revoked.
✔ ..... Deft Advised of his right to appeal.
☐ ..... Deft requests Clerk to enter notice of Appeal.
☐ ..... Deft Custody/Detention continued.
☐ ..... Deft ORDERED into custody.  ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 28 2018
CLERK, U.S. DISTRICT COURT
By_____

✔ OTHER PROCEEDINGS/INFORMATION: **Defendant ordered to determine from USM - Ft. Worth 2 days prior to 03/23/2018 the name and location of the designated institution.**

**Sentencing Text cont:** The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 36 months as to count 1 and 36 months as to count 11 to run consecutively, for a total term of 72 months.

**Supervised Release cont:** The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of (1) year per count to run concurrently, for a total of 1 year.