UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

FILED
APR 25 2022
CLERK, U.S. DISTRICT COURT
Deputy

## Request for Modifying the Conditions or Term of Supervision With Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Person Under Supervision: | Pritesh Patel             Case No.: 4:16-CR-267-A(01) |
| Name of Sentencing Judge: | Senior U.S. District Judge John McBryde (Case transferred to U.S. District Judge Mark T. Pittman on May 25, 2020, pursuant to Special Order 3-337 and 3-338.) |
| Date of Original Sentence: | February 28, 2018 |
| Original Offense: | Count 1: Aiding in the Preparation of a False Tax Return, 26 U.S.C. § 7206(2), Class E Felony<br>Count 11: Aiding in the Preparation of a False Tax Return, 26 U.S.C. § 7206(2), Class E Felony |
| Original Sentence: | Counts 1 and 11: 36 months custody, as to each count, to run consecutively, for a total term of 72 months custody<br>Counts 1 and 11: 1 year term of supervised release, as to each count, to run concurrently, for a total term of 1 year supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release       Date Supervision Commenced: May 2, 2022 |
| Assistant U.S. Attorney: | Mark L. Nichols        Defense Attorney: Phillip C. Umphres (Retained) |

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of tax preparation, without the probation officer's approval.

The defendant shall not be employed in any fiduciary capacity or any position allowing access to credit or personal financial information of others, unless the defendant's employer is fully aware of the offense of conviction and with the approval of the probation officer.

### Cause

The above noted conditions are being requested due to Pritesh Patel's offense of conviction of Aiding in the Preparation of a False Tax Return, in violation of 26 U.S.C. § 7206(2). Specifically, from 2008 to 2012, Mr. Patel knowingly and willfully aided and assisted in, and procured, counseled, and advised the preparation and submission to the IRS of multiple tax returns that were false and fraudulent, in that the returns represented taxpayers were entitled to claim deductions, education expenses, education credits, and refunds in amounts to which they were not entitled. As part of the fraudulent tax preparation scheme, Mr. Patel applied for several personal taxpayer identification numbers (PTINs) using employees' personal

identification information without their knowledge or consent. He then listed these employees as preparers on tax returns. Additionally, Mr. Patel assisted or supervised multiple employees in the preparation of returns that contained fraudulent information. Lastly, Mr. Patel utilized his knowledge of tax preparation, accounting, and business in a manner that significantly facilitated the commission or concealment of the offense.

It is respectfully requested that the above noted conditions be added to minimize the potential risk to third parties, including potential employers, that may be occasioned by Mr. Patel's criminal record or personal history or characteristics.

The recommended conditions have been reviewed with Mr. Patel and he agreed to the modification, as evidenced by his signature on the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on April 21, 2022
Respectfully submitted,                              Approved,

s/Toni Thompson                                      s/Adam Morton
Senior U.S. Probation Officer                        Supervising U.S. Probation Officer
Arlington                                            Phone: 817-505-0998
Phone: 817-505-1449

## Order of the Court:

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision as follows:

The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of tax preparation, without the probation officer's approval.

The defendant shall not be employed in any fiduciary capacity or any position allowing access to credit or personal financial information of others, unless the defendant's employer is fully aware of the offense of conviction and with the approval of the probation officer.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Mark T. Pittman
U.S. District Judge

4-25-2022
Date

TT

*Attachment